**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 09-7972**

───────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

LYNDELL THOMAS, a/k/a X-Man,

                Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Fayetteville.  W. Earl Britt,
Senior District Judge.  (3:93-cr-00058-BR-3)

───────────────

Submitted:  March 30, 2010          Decided:  April 5, 2010

───────────────

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Lyndell Thomas, Appellant Pro Se. Robert Jack Higdon, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lyndell Thomas appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Thomas</u>, No. 3:93-cr-00058-BR-3 (E.D.N.C. Oct. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>